Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
15760 Ventura Blvd, Suite 880
Los Angeles, CA  91436
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
SHANE PFANNENSTIEL

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SHANE PFANNENSTIEL,<br><br>        Plaintiff,<br><br>    v.<br><br>BARCLAYS BANK DELAWARE,<br><br>        Defendant. | Case No.: 2:16-cv-724 SVW(JCx)<br><br>**NOTICE OF SETTLEMENT** |

   NOW COMES Plaintiff, SHANE PFANNENSTIEL, through his attorneys, BARCLAYS BANK DELAWARE, and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next sixty (60) days.

   Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently scheduled for the present matter.

Date: April 29, 2016                    RESPECTFULLY SUBMITTED,

                                        By: /s/ Matthew A. Rosenthal
                                            Matthew A. Rosenthal
                                            Attorney for Plaintiff,
                                            SHANE PFANNENSTIEL

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2016, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. Notice of said filing was served via e-mail transmission to the following:

Harijot S. Khalsa
Sessions, Fishman, Nathan, & Israel, LLP
1545 Hotel Circle South, Suite 150
San Diego, CA 92108
hskhalsa@sessions.legal

                                        By: /s/ Matthew A. Rosenthal
                                            Matthew A. Rosenthal