1  Matthew A. Rosenthal (SBN 279334)
   matt@westgatelaw.com
2  Westgate Law
   15760 Ventura Blvd, Suite 880
3  Los Angeles, CA  91436
   Tel: (818) 200-1497
4  Fax: (818) 574-6022
   Attorneys for Plaintiff,
5  SHANE PFANNENSTIEL

6
                **IN THE UNITED STATES DISTRICT COURT**
7                **CENTRAL DISTRICT OF CALIFORNIA**
                        **WESTERN DIVISION**
8
9  SHANE PFANNENSTIEL,            )  Case No.: 2:16-cv-724 SVW(JCx)
                                  )
10                                )  **STIPULATION FOR DISMISSAL**
           Plaintiff,             )  **WITH PREJUDICE**
11                                )
        v.                        )
12                                )
                                  )
13 BARCLAYS BANK DELAWARE,        )
                                  )
14         Defendant.             )
                                  )
15 

16     The dispute between the parties has been settled, therefore, the claims asserted
17 by Plaintiff, SHANE PFANNENSTIEL, against Defendant, BARCLAY'S BANK
18 DELAWARE, in the above-captioned proceeding are hereby dismissed, with
19 prejudice.

20 Date: May 25, 2016              RESPECTFULLY SUBMITTED,

21                                 By: /s/ Matthew A. Rosenthal
                                       Matthew A. Rosenthal
22                                     Attorney for Plaintiff,
                                       SHANE PFANNENSTIEL
23
                                   By: /s/ Harijot S. Khalsa
24                                     Harijot S. Khalsa
                                       Attorney for Defendant,
25                                     BARCLAYS BANK DELAWARE