FILED
CLERK, U.S. DISTRICT COURT

May 26, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

SHANE PFANNENSTIEL,

    Plaintiff,

v.

BARCLAYS BANK DELAWARE,

    Defendant.

Case No.: 2:16-cv-724 SVW(JCx)

**ORDER**

Pursuant to the stipulation submitted by Plaintiff, SHANE PFANNENSTIEL, and Defendant, BARCLAY'S BANK DELAWARE, the present matter is hereby DISMISSED WITH PREJUDICE.

Date: May 26, 2016

_[signature]_
Hon. Stephen V. Wilson
United States District Judge